# Exhibit 3

| DATE | DESCRIPTION | QUANTITY | SYMBOL | PRICE | COMMISSION | AMOUNT |
|---|---|---|---|---|---|---|
| 7/30/2012 | Bought 20000 SLW @ 27.75 | 20,000 | SLW | $ 27.75 | $ 44.99 | ($555,044.99) |
| 2/7/2013 | Sold 64 SLW Jan 18 2014 33.0 Put @ 2.91 | 64 | SLW Jan 18 2014 33.0 Put | $ 2.91 | $ 234.99 | $18,387.50 |
| 2/7/2013 | Sold 236 SLW Jan 18 2014 33.0 Put @ 2.9 | 236 | SLW Jan 18 2014 33.0 Put | $ 2.90 | $ - | $68,434.44 |
| 11/26/2013 | Bought 2500 SLW @ 33 | 2,500 | SLW | $ 33.00 | $ 19.99 | ($82,519.99) |
| 11/26/2013 | Sold 4451 SLW @ 20.11 | 4,451 | SLW | $ 20.11 | $ 44.99 | $89,463.06 |
| 11/26/2013 | Sold 18049 SLW @ 20.1 | 18,049 | SLW | $ 20.10 | $ - | $362,778.58 |
| 11/27/2013 | Bought 300 SLW @ 33 | 300 | SLW | $ 33.00 | $ 19.99 | ($9,919.99) |
| 1/3/2014 | Bought 2500 SLW @ 33 | 2,500 | SLW | $ 33.00 | $ 19.99 | ($82,519.99) |
| 1/8/2014 | Bought 2500 SLW @ 33 | 2,500 | SLW | $ 33.00 | $ 19.99 | ($82,519.99) |
| 1/21/2014 | Bought 22200 SLW @ 33 | 22,200 | SLW | $ 33.00 | $ 19.99 | ($732,619.99) |
| 2/20/2014 | Bought 6673 SLW @ 25.54 | 6,673 | SLW | $ 25.54 | $ 9.99 | ($170,438.41) |
| 2/20/2014 | Bought 5727 SLW @ 25.53 | 5,727 | SLW | $ 25.53 | $ - | ($146,210.31) |
| 2/20/2014 | Bought 100 SLW @ 25.525 | 100 | SLW | $ 25.53 | $ - | ($2,552.50) |
| 3/12/2014 | Bought 10000 SLW @ 26 | 10,000 | SLW | $ 26.00 | $ 9.99 | ($260,009.99) |
| 2/25/2015 | Sold 300 SLW Apr 17 2015 22.0 Put @ 1.45 | 300 | SLW Apr 17 2015 22.0 Put | $ 1.45 | $ 234.99 | $43,257.00 |
| 3/6/2015 | Bought 300 SLW Apr 17 2015 22.0 Put @ 3.35 | 300 | SLW Apr 17 2015 22.0 Put | $ 3.35 | $ 234.99 | ($100,742.19) |
| 3/25/2015 | Sold 500 SLW Jan 15 2016 20.0 Call @ 2.69 | 500 | SLW Jan 15 2016 20.0 Call | $ 2.69 | $ 384.99 | $134,100.53 |
| 3/25/2015 | Bought 500 SLW Jan 15 2016 20.0 Call @ 2.75 | 500 | SLW Jan 15 2016 20.0 Call | $ 2.75 | $ 384.99 | ($137,896.99) |
| 3/26/2015 | Bought 400 SLW Jan 20 2017 20.0 Call @ 4.2 | 400 | SLW Jan 20 2017 20.0 Call | $ 4.20 | $ 260.00 | ($168,269.60) |
| 5/11/2015 | Bought 7902 SLW @ 19.99 | 7,902 | SLW | $ 19.99 | $ 7.00 | ($157,967.98) |
| 5/11/2015 | Bought 2098 SLW @ 19.985 | 2,098 | SLW | $ 19.99 | $ - | ($41,928.53) |
| | | | Total | | | ($2,014,740.33) |
| | Retained shares | 60,000 | | | | |
| | Retained share value at $13.30/share | | | | | $798,000.00 |
| | **Loss** | | | | | **($1,216,740.33)** |