# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| In re Silver Wheaton Corp. Securities Litigation | Master File No. 2:15-cv-05146-CAS-JEM <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR (1) SCHEDULING DEFENDANTS' REPLY RE: MOTION TO DISMISS AND (2) TO CONTINUE THE MOTION TO DISMISS HEARING DATE TO JUNE 6, 2016** |
|---|---|

The Court having received and reviewed the parties' stipulation filed on March 23, 2016, for (1) scheduling Defendants' Reply papers regarding the motion to dismiss and (2) to continue the motion to dismiss hearing date, and good cause appearing;

IT IS HEREBY ORDERED THAT:

1. Defendants shall file their Reply in support of the motion to dismiss on or before April 1, 2016; and

///

///

///

- 1 -

[PROPOSED] ORDER GRANTING STIPULATION FOR (1) SCHEDULING DEFENDANTS' REPLY RE: MOTION TO DISMISS AND (2) TO CONTINUETHE MOTION TO DISMISS HEARING DATE

1    2.    The hearing on Defendants' motion to dismiss scheduled for May 16, 2016 at 10:00 a.m. is continued to **June 6, 2016 at 10:00 a.m.**

Dated: March 24, 2016

*Christina A. Snyder*
THE HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE