# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Silver Wheaton Corp. Securities Litigation | Master File No. 2:15-cv-05146-CAS-JEM<br><br>c/w CV15-5173-CAS(JEMx)<br><br>**[PROPOSED] ORDER ESTABLISHING BRIEFING SCHEDULE ON MOTION FOR CLASS CERTIFICATION** |

The Court having received and reviewed the parties' stipulation filed on December 15, 2016, establishing a briefing schedule on Plaintiffs' motion for class certification (the "Motion");

IT IS HEREBY ORDERED THAT:

1. Defendants shall file any Opposition to the Motion on or before February 10, 2017; and

2. If Defendants oppose the Motion, Plaintiffs shall file their Reply in support of the Motion on or before March 27, 2017.

Dated: December 15, 2016

_____
THE HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE