Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Lead Plaintiff and the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Silver Wheaton Corp. Securities Litigation | Master File No. 2:15-cv-05146-CAS(JEMx)<br>c/w: 2:15-cv-05173-CAS(JEMx)<br><br>CLASS ACTION<br><br>DISCOVERY MATTER<br><br>**REPLY DECLARATION OF JONATHAN HORNE**<br><br>JUDGE: Hon. John E. McDermott<br>Hearing Date: March 14, 2017<br>Time: 10:00 a.m.<br>Complaint Filed: July 8, 2015<br>Discovery Cut-Off: December 31, 2017<br>Pretrial Conference Date: None<br>Trial Date: None |

I, JONATHAN HORNE, pursuant to 28 U.S.C. § 1746, declare:

1. I am admitted *pro hac vice* before this Court. I am an attorney at The Rosen Law Firm, P.A., attorneys for Lead Plaintiff and Named Plaintiffs Thomas Bartsch, Larry Brandow, Diana Choi, Ben Potaracke, Jedrzej Borowczyk, and Charles Remmel ("Plaintiffs") in this action.

2. I make this declaration in support of Plaintiffs' Reply In Support of Plaintiffs' Motion to Compel and Plaintiffs' Reply In Support of Issuance of Letters Rogatory. I am above the age of 18 and have personal knowledge of the matters stated herein, and if called as a witness, I could and would competently testify thereto.

3. Attached hereto are true and correct copies of the following documents:

> Exhibit 1: An email dated December 30, 2016, addressed to undersigned counsel from John C. Roberts Jr., counsel for Defendants Silver Wheaton Corp., Randy V. J. Smallwood, Peter Barnes and Gary Brown (collectively, "Defendants").
>
> Exhibit 2: An email dated October 26, 2016, addressed to Diane Walters, counsel for Defendants, from undersigned counsel.
>
> Exhibit 3: Defendants' Amended Responses and Objections to Plaintiffs' First Requests For Production of Documents to Defendants, dated November 23, 2016.
>
> Exhibit 4: A letter dated December 15, 2016, addressed to counsel for Defendants Diane Walters from counsel for Plaintiffs, Laurence Rosen,
>
> Exhibit 5: An email dated November 30, 2016, addressed to undersigned counsel from counsel for Defendants, Diane Walters.
>
> Exhibit 6: A Letter of Request For Examination Out of the Jurisdiction, filed in the action styled as *Run Them Sweet, LLC v. CPA*

*Global Limited et al*, Docket No. 1:16-cv-01347 (E.D. Va. Oct 27, 2016).

Exhibit 7: Request For International Judicial Assistance, filed in the action styled as *TMT Co. Ltd. v. JPMorgan Chase Bank*, Docket No. 1:16-cv-08757 (S.D.N.Y. Nov 10, 2016).

Exhibit 8: A redline version of Plaintiffs Amended Letters Rogatory to PricewaterhouseCoopers LLP (Canada).

Exhibit 9: A redline version of Plaintiffs Amended Letters Rogatory to Deloitte LLP (Canada).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of February 2017.

Jonathan Horne

**CERTIFICATE OF SERVICE**

I, Laurence Rosen, hereby declare under penalty of perjury as follows:

I am an attorney at The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On February 28, 2017, I electronically filed the following **REPLY DECLARATION OF JONATHAN HORNE** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record. Executed on February 28, 2017.

/s/ Laurence Rosen
Laurence Rosen