UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Silver Wheaton Corp. Securities Litigation | Case No. 2:15-cv-05146-CAS-JEM |
| | CLASS ACTION |
| | **[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL** |
| | [L.R. 79-5.2] |
| | Date:    N/A<br>Time:    N/A<br>Courtroom:    5 – 2nd Floor<br>Before:  Hon. Christina A. Snyder |

Compelling reason having been shown, IT IS HEREBY ORDERED THAT the Application of Lead Plaintiff Joe Elek, and named Plaintiffs Thomas Bartsch, Jeffrey Frohwerk, Larry Brandow, Diana Choi, Ben Potaracke, Charles Montgomery, Jedrzej

/ / /

/ / /

Borowczyk, and Charles Remmel (together "Plaintiffs") to file documents, or portions thereof, under seal is GRANTED as follows:

| Document | Portion to be Filed Under Seal | File Under Seal or in Unredacted Form (*to be inputted by the Court*) |
| --- | --- | --- |
| Reply Declaration of Jonathan Horne, Exhibit 9 | Transcript at 164:21-165:4; 131:13-25 | |

Dated this 28th day of March, 2017

*Christine A. Snyde*

_

HON. CHRISTINA A. SNYDER

United States District Judge

- 1 -