# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS MASILLIONIS, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>SILVER WHEATON CORP., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:15–cv–05146–CAS–JEM<br><br>**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| Date Filed | Doc. No. | Title of Doc. |
|---|---|---|
| 01/16/2018 | 163 | APPLICATION to file document JOINT STIPULATION AND EXHIBITS IN CONNECTION WITH PLAINTIFFS MOTION TO COMPEL under seal |

**IT IS HEREBY ORDERED:**

File the sealed declaration unredacted

Clerk, U.S. District Court

Dated: January 16, 2018    By: /s/ *Sharon Lorenzo*
         Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*