UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Silver Wheaton Corp. Securities Litigation | Case No. 2:15-cv-05146-CAS(JEMx)<br><br>  CLASS ACTION<br><br>**[PROPOSED]** ORDER GRANTING UNOPPOSED APPLICATION TO FILE UNDER SEAL<br><br>[L.R. 79-5.2]<br><br>Judge: Hon. Christina A. Snyder<br>Hearing Date: N/a<br>Time: N/a<br>Complaint Filed: July 8, 2015<br>Discovery Cut-Off:  March 29, 2018<br>Pretrial Conference Date:  February 25, 2019<br>Trial Date:  March 26, 2019 |

Compelling reason having been shown, IT IS HEREBY ORDERED THAT the Application of Plaintiffs to file documents, or portions thereof, under seal is GRANTED as follows:

| Document | Portion to be Filed Under Seal | File Under Seal or in Unredacted Form |
|---|---|---|
| Portions of Plaintiffs' Motion to Modify the Scheduling Order and for Leave to File a Second Amended Complaint referencing materials marked Confidential or Highly Confidential by Defendants | References to materials marked Confidential or Highly Confidential by Defendants | Granted |
| Portions of the Declaration of Jonathan Horne in Support of Plaintiffs' Motion to Modify the Scheduling Order and for Leave to File a Second Amended Complaint referencing materials marked Confidential or Highly Confidential by Defendants | References to materials marked Confidential or Highly Confidential by Defendants | Granted |
| Portions of Exhibit 1 to the Horne Declaration: Plaintiffs' Proposed Second Amended Complaint referencing materials marked Confidential or Highly Confidential by Defendants | References to materials marked Confidential or Highly Confidential by Defendants | Granted |
| Portions of Exhibit 2 to the Horne Declaration: Plaintiffs' redlined Proposed Second Amended Complaint referencing materials marked Confidential or Highly Confidential by Defendants | References to materials marked Confidential or Highly Confidential by Defendants | Granted |

Dated this 6th day of February, 2018

*Christina A. Snyder*
HON. CHRISTINA A. SNYDER
United States District Judge