1  BARRY M. KAPLAN, *admitted pro hac vice*
   Email: bkaplan@wsgr.com
2  GREGORY L. WATTS, State Bar No. 197126
   Email: gwatts@wsgr.com
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  701 Fifth Avenue, Suite 5100
   Seattle, WA 98104
5  Telephone:  (206) 883-2500
   Facsimile:   (206) 883-2699
6
   JEROME F. BIRN, JR., State Bar No. 128561
7  Email: jbirn@wsgr.com
   DIANE M. WALTERS, State Bar No. 148136
8  Email: dwalters@wsgr.com
   WILSON SONSINI GOODRICH & ROSATI
9  Professional Corporation
   650 Page Mill Road
10 Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
11 Facsimile: (650) 565-5100

12 Attorneys for Defendants
   SILVER WHEATON CORP.,
13 RANDY V. J. SMALLWOOD,
   PETER BARNES, and GARY BROWN
14
   [Additional counsel on signature page]
15

16                UNITED STATES DISTRICT COURT

17                CENTRAL DISTRICT OF CALIFORNIA

18 | In re Silver Wheaton Corp. Securities Litigation | Master File No.: 2:15-cv-05146-CAS(JEMx)
   |                                                    | c/w: 2:15-cv-05173-CAS(JEMx)
   |                                                    |
   |                                                    | <u>CLASS ACTION</u>
   |                                                    |
   |                                                    | **JOINT STIPULATION RE CASE SCHEDULE**
   |                                                    |
   |                                                    | JUDGE:   Hon. Christina A. Snyder
   |                                                    |
   |                                                    | Complaint Filed: July 8, 2015

JOINT STIPULATION RE CASE SCHEDULE
Case No.: 2:15-CV-05146-CAS-JEM

WHEREAS, on April 17, 2017, the Count entered an order establishing a pre-trial schedule which, among other things, set the factual discovery cut-off at March 29, 2018;

WHEREAS, Defendants have produced over 1 million pages of documents responsive to 91 different document requests, the Parties are conferring in an effort to resolve outstanding document production issues, the Parties are awaiting Judge McDermott's ruling on Plaintiffs' motion to compel, and Defendants are in the process of providing privilege logs;

WHEREAS, Plaintiffs have taken one complete and five partial depositions, including current and former employees of Silver Wheaton Corp., Silver Wheaton (Caymans) Ltd.,[1] Deloitte LLP (Canada) ("Deloitte"), and PricewaterhouseCoopers LLP (Canada) ("PwC");

WHEREAS, on January 12, 2018, Plaintiffs notified Defendants that they would file a motion seeking leave to amend their Consolidated Amended Complaint to add claims against Deloitte (the "Motion"), which was filed on February 5, 2018;

WHEREAS, Defendants intend to oppose the Motion, and it has been set for a hearing on March 26, 2018, three days before the current close of fact discovery;

WHEREAS, Plaintiffs intend to take additional depositions and the Parties agree that these depositions should not proceed while it is uncertain whether Plaintiffs will obtain leave to name Deloitte as a Defendant and before final adjudication of the motion to compel;

WHEREAS, in light of the foregoing, the Parties agree that good cause exists to extend the factual discovery cut-off dates and, accordingly, the pre-trial schedule should be modified; and

---

[1] Effective May 10, 2017, Silver Wheaton Corp. changed its name to Wheaton Precious Metals Corp., and its Cayman Islands subsidiary changed its name to Wheaton Precious Metals International Ltd.

1    WHEREAS, depending on the Court's resolution of the motion for leave to amend, the schedule may require further modifications;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by Defendants and Plaintiffs, through their undersigned counsel that, pursuant to Local Rule 7.1 and subject to Court approval, the case schedule should be modified as follows, which dates will remain in effect unless the Court grants the Motion:

| Event | Previous Date (Dkt. # 146) | Proposed Date |
|---|---|---|
| Factual Discovery Cut-Off | March 29, 2018 | June 27, 2018 |
| Simultaneous Exchange of Expert Reports Cut-off | May 15, 2018 | September 12, 2018 |
| Simultaneous Exchange of Rebuttal Reports Cut-off | June 15, 2018 | October 17, 2018 |
| Expert Discovery Cut-off | July 16, 2018 | November 30, 2018 |
| Last Day to File Motions | August 16, 2018 | January 25, 2019 |
| Pretrial Conference/ Motions in Limine Hearing | February 25, 2019 (11:00 a.m.) | July 15, 2019 (11:00 a.m.) |
| Jury Trial | March 26, 2019 (9:30 a.m.) | August 20, 2019 (9:30 a.m.) |

As stated in the Court's prior pre-trial order, Motions in limine shall be noticed for the date and time of the Pretrial Conference, and filed 28 days prior thereto. Motions in limine/oppositions shall not exceed five (5) pages in length and no replies will be accepted.

| | | |
|---|---|---|
| 1 | Dated: February 8, 2018 | Respectfully submitted, |
| 2 | | **WILSON SONSINI GOODRICH & ROSATI** |
| 3 | | Professional Corporation |
| 4 | | By: /s/ Jerome F. Birn, Jr. |
| 5 | | Jerome F. Birn, Jr. |
| 6 | | 650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email: jbirn@wsgr.com |

**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
BARRY M. KAPLAN
GREGORY L. WATTS
701 Fifth Avenue Suite 5100
Seattle, WA 98104-7098
Telephone: (206) 447-0900
Facsimile: (206) 883-2699
Email: bkaplan@wsgr.com

Attorneys for Defendants

Dated: February 8, 2018        **THE ROSEN LAW FIRM, P.A.**

By: /s/ Laurence M. Rosen
Laurence M. Rosen

The Rosen Law Firm, P.A.
Laurence M. Rosen, Esq. (SBN 219683)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

The Rosen Law Firm, P.A.
Phillip Kim
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

Counsel for Plaintiffs and the Class

|   |   |
|---|---|
| 1 | ATTESTATION OF CONCURRENCE IN FILING |
| 2 | Pursuant to Local Rule 5-4.3.4 of the United States District Court for the |

# ATTESTATION OF CONCURRENCE IN FILING

Pursuant to Local Rule 5-4.3.4 of the United States District Court for the Central District of California, I attest that Counsel for Plaintiffs and the Class and Counsel for Defendants Silver Wheaton, Randy Smallwood, Peter Barnes, and Gary Brown have authorized the filing of this document.

/s/ Jerome F. Birn, Jr.