UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Silver Wheaton Corp. Securities Litigation | Master File No.: 2:15-cv-05146-CAS(JEMx)<br>c/w: 2:15-cv-05173-CAS(JEMx)<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND CASE SCHEDULE |

Having reviewed the Joint Stipulation to extend the case schedule, and good cause appearing, IT IS HEREBY ORDERED THAT the case schedule be modified as follows:

| Event | Date/Deadline |
|---|---|
| Settlement Completion Cut-off | May 31, 2018 |
| Status Conference re: Settlement | June 11, 2018 (11:00 a.m.) |
| Factual Discovery Cut-Off | June 27, 2018 |

[PROPOSED] ORDER GRANTING JOINT
STIPULATION TO EXTEND CASE SCHEDULE
Case No.: 2:15-CV-05146-CAS-JEM

| | |
|---|---|
| Simultaneous Exchange of Expert Reports Cut-off | September 12, 2018 |
| Simultaneous Exchange of Rebuttal Reports Cut-off | October 17, 2018 |
| Expert Discovery Cut-off | November 30, 2018 |
| Last Day to File Motions | January 25, 2018 |
| Pretrial Conference/ Motions in Limine Hearing | July 15, 2019 (11:00 a.m.) |
| Jury Trial | August 20, 2019 (9:30 a.m.) |

Motions in limine shall be noticed for the date and time of the Pretrial Conference, and filed 28 days prior thereto. Motions in limine/oppositions shall not exceed five (5) pages in length and no replies will be accepted.

Dated: February 8, 2018

*Christina A. Snyder*

Hon. Christina Snyder
United States District Judge

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND CASE SCHEDULE
Case No.: 2:15-CV-05146-CAS-JEM

-1-