# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 15-5146-CAS (JEMx) | Date | February 15, 2018 |
|---|---|---|---|
| Title | Chris Masillionis v. Silver Wheaton Corp., et al. | | |

| Present: The Honorable | **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE** |
|---|---|

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

**Proceedings:** **(IN CHAMBERS) ORDER RE PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS (Docket No. 165)**

In regard to Plaintiffs' Motion to Compel Production of Documents (Dkt. 165), it is not obvious to the Court why the Deloitte 78 document is privileged. It is a draft of Board minutes of a publicly traded company. There is no reference in the document to Curt Bernardi. The Court requires Silver Wheaton to file a short brief, in camera to the extent necessary, establishing why the document is privileged. Silver Wheaton should submit its brief as soon as possible but no later than **February 20, 2018**.

cc: Parties

| | : |
|---|---|
| Initials of Preparer | slo |