BARRY M. KAPLAN, *admitted pro hac vice*
Email: bkaplan@wsgr.com
GREGORY L. WATTS, State Bar No. 197126
Email: gwatts@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA 98104
Telephone: (206) 883-2500
Facsimile: (206) 883-2699

JEROME F. BIRN, JR., State Bar No. 128561
Email: jbirn@wsgr.com
DIANE M. WALTERS, State Bar No. 148136
Email: dwalters@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants
Silver Wheaton Corp.
(now known as Wheaton Precious Metals Corp.), Randy V. J. Smallwood, Peter Barnes, and Gary Brown

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Silver Wheaton Corp. Securities Litigation | Master File No.: 2:15-cv-05146-CAS(JEMx)<br>c/w: 2:15-cv-05173-CAS(JEMx)<br><br>**CLASS ACTION**<br><br>**DEFENDANTS' REQUEST FOR CLARIFICATION OF FEBRUARY 15, 2018 ORDER (ECF No. 202)**<br><br>JUDGE: Hon. John E. McDermott<br><br>Complaint Filed: July 8, 2015 |

1    Defendants seek clarification of the Court's order of February 15, 2018
2    (ECF No. 202).  The order requires Defendants to file a brief explaining why
3    Deloitte 78 is privileged.  The Court describes Deloitte 78 as "a draft of Board
4    minutes of a publicly traded company."  However, Deloitte 79 is the draft of Board
5    minutes.  Deloitte 78 is an index with descriptions of various documents.
6    Defendants therefore request clarification that the Court is seeking a brief
7    concerning Deloitte 79.

Dated: February 16, 2018

**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation

By: /s/ Jerome F. Birn, Jr.
      Jerome F. Birn, Jr.

650 Page Mill Road
Palo Alto, CA  94304-1050
Telephone: (650) 493-9300
Facsimile:  (650) 565-5100
Email:  jbirn@wsgr.com

**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
Barry M. Kaplan
Gregory L. Watts
701 Fifth Avenue Suite 5100
Seattle, WA  98104-7098
Telephone: (206) 447-0900
Facsimile:  (206) 883-2699
Email: bkaplan@wsgr.com

Attorneys for Defendants