UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-5146-CAS (JEMx) | Date | February 21, 2018 |
|---|---|---|---|
| Title | Chris Masillionis v. Silver Wheaton Corp., et al. | | |

| Present: The Honorable | **JOHN E. MCDERMOTT, UNITED STATES MAGISTRATE JUDGE** |
|---|---|

| S. Lorenzo | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

**Proceedings:**      **(IN CHAMBERS) ORDER RE DEFENDANTS' REQUEST FOR CLARIFICATION (Docket No. 203)**

In reference to Defendants' Request for Clarification of February 15, 2018 Order (Dkt. 203), the Court was not concerned with nor did it refer to Deloitte 79. Its Order required a brief from Defendant on why Deloitte 78 is privileged. Defendant has offered to produce a .pdf image of Deloitte 78 with appropriate redactions for the summaries containing legal advice. Defendant should do so. Defendant also should provide the brief requested in its February 15, 2018 Order as to Deloitte 78. Defendant shall produce the .pdf image and file its brief with the Court as soon as possible but no later than **February 26, 2018**.

cc: Parties

                                                                    _____ : _____
                                        Initials of Preparer             slo