LEE G. DUNST (*admitted pro hac vice*)
ldunst@gibsondunn.com
BENJAMIN S. MISHKIN (*admitted pro hac vice*)
bmishkin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

ALEXANDER K. MIRCHEFF, SBN 245074
amircheff@gibsondunn.com
GREGORY S. BOK, SBN 298239
gbok@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Third-Party/Intervenor DELOITTE LLP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| IN RE SILVER WHEATON CORP. SECURITIES LITIGATION | Master File No. 2:15-cv-05146-CAS-(JEMx) |
|---|---|
| | **NOTICE OF INTERESTED PARTIES** |
| | CLASS ACTION |

1  The undersigned, counsel of record for Deloitte LLP, certifies that the following
2  listed party may have a pecuniary interest in the outcome of this case:
3  • Deloitte LLP.
4  These representations are made to enable the Court to evaluate possible
5  disqualification or recusal.

7  Dated:  March 5, 2018                GIBSON, DUNN & CRUTCHER LLP

9                                       By:   */s/ Alexander K. Mircheff*
                                                  Alexander K. Mircheff

11                                      Attorneys of Record for Deloitte LLP