Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Lead Counsel for Plaintiffs

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| In re Silver Wheaton Corp. Securities Litigation | Case No: 2:15-cv-05146-CAS-PJW <br><br> **STIPULATION SETTING SCHEDULE FOR (1) BRIEFING ON MOTION TO DISMISS AND (2) ACCEPTING SERVICE OF SUMMONS AND COMPLAINT** |
|---|---|

WHEREAS, on March 26, 2018, the Court granted Plaintiffs' motion for leave to amend the complaint to add Deloitte LLP (Canada) ("Deloitte Canada") as a defendant (Docket #248); and

WHEREAS, the parties seek to set a schedule for the briefing of any motions to dismiss and a hearing date on any such motions;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by Lead Plaintiff, Defendants Wheaton Precious Metals Corp., f/k/a Silver Wheaton Corp., Randy Smallwood, Peter Barnes, and Gary Brown (collectively, the "Silver Wheaton Defendants"), and Defendant Deloitte Canada, through their undersigned counsel, subject to the Court's approval, that:

- 1 -

1. On or before June 4, 2018, all Defendants shall file their respective responses to the Second Amended Complaint.

2. With respect to Deloitte Canada's anticipated motion to dismiss the Second Amended Complaint: (i) Plaintiffs shall serve and file their opposition papers on or before July 6, 2018; and (ii) Deloitte Canada shall serve and file its reply papers on or before August 6, 2018.

3. If the Silver Wheaton Defendants file a motion to dismiss the Second Amended Complaint, then: (i) Plaintiffs shall serve and file their opposition papers regarding the Silver Wheaton Defendants' motion to dismiss on or before July 6, 2018; and (ii) the Silver Wheaton Defendants shall serve and file their reply papers on or before August 6, 2018.

4. The hearing on the anticipated motion(s) to dismiss shall be set for August 20, 2018.

5. Deloitte Canada accepts service of process of the Second Amended Complaint (Docket #256).

Dated: April 24, 2018                    Respectfully submitted,

                                                  **THE ROSEN LAW FIRM, P.A.**

                                                  By: /s/ Laurence Rosen
                                                  Laurence M. Rosen, Esq. (SBN 219683)
                                                  355 S. Grand Avenue, Suite 2450
                                                  Los Angeles, CA 90071
                                                  Telephone: (213) 785-2610
                                                  Facsimile: (213) 226-4684
                                                  Email: lrosen@rosenlegal.com

                                                  Counsel for Plaintiffs

| | | |
|---|---|---|
| 1 | Dated: April 24, 2018 | **WILSON SONSINI GOODRICH & ROSATI PC** |
| 2 | | |
| 3 | | By: /s/ Gregory Lewis Watts |
| 4 | | Barry M Kaplan |
| | | Gregory Lewis Watts |
| 5 | | 701 Fifth Avenue Suite 5100 |
| 6 | | Seattle, WA 98104-7098 |
| | | Telephone: (206) 447-0900 |
| 7 | | Fax: (206) 883-2699 |
| 8 | | Email: bkaplan@wsgr.com |
| | | Email: gwatts@wsgr.com |
| 9 | | |
| 10 | | **WILSON SONSINI GOODRICH AND ROSATI PC** |
| 11 | | |
| 12 | | Jerome F Birn , Jr. |
| 13 | | 633 West Fifth Street Suite 1550 |
| | | Los Angeles, CA 90071 |
| 14 | | Telephone: (323) 210-2900 |
| 15 | | Fax: (866) 974-7329 |
| 16 | | Email: jbirn@wsgr.com |
| 17 | Dated: April 24, 2018 | **GIBSON, DUNN & CRUTCHER LLP** |
| 18 | | |
| 19 | | By: /s/ Alexander K. Mircheff |
| | | ALEXANDER K. MIRCHEFF, SBN 245074 |
| 20 | | amircheff@gibsondunn.com |
| 21 | | GREGORY S. BOK, SBN 298239 |
| | | gbok@gibsondunn.com |
| 22 | | GIBSON, DUNN & CRUTCHER LLP |
| 23 | | 333 South Grand Avenue |
| | | Los Angeles, California 90071-3197 |
| 24 | | Telephone: 213.229.7000 |
| 25 | | Facsimile: 213.229.7520 |
| 26 | | |
| 27 | | LEE G. DUNST (*admitted pro hac vice*) |
| | | ldunst@gibsondunn.com |
| 28 | | |

- 3 -

STIPULATION SETTING SCHEDULE FOR (1) BRIEFING ON MOTION TO DISMISS AND (2) ACCEPTING SERVICE OF SUMMONS AND COMPLAINT

BENJAMIN S. MISHKIN (*admitted pro hac vice*)
bmishkin@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

<u>ATTESTATION OF CONCURRENCE IN FILING</u>

    Pursuant to Local Rule 5-4.3.4 of the United States District Court for the Central District of California, I attest that Counsel for Plaintiffs, Counsel for Defendants Silver Wheaton, Smallwood, Barnes, and Brown, and Counsel for Deloitte LLP (Canada) have authorized the filing of this document.

<u>/s/ Laurence M. Rosen</u>
Laurence M. Rosen

- 4 -

STIPULATION SETTING SCHEDULE FOR (1) BRIEFING ON MOTION TO DISMISS AND (2) ACCEPTING SERVICE OF SUMMONS AND COMPLAINT

**CERTIFICATE OF SERVICE**

I, Laurence Rosen, hereby declare under penalty of perjury as follows:

I am attorney with the Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA, 90071. I am over the age of eighteen.

On April 24, 2018, I electronically filed the foregoing STIPULATION SETTING SCHEDULE FOR (1) BRIEFING ON MOTION TO DISMISS AND (2) ACCEPTING SERVICE OF THE SUMMONS AND COMPLAINT with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

Executed on April 24, 2018

/s/ Laurence Rosen
Laurence Rosen

STIPULATION SETTING SCHEDULE FOR (1) BRIEFING ON MOTION TO DISMISS AND (2) ACCEPTING SERVICE OF SUMMONS AND COMPLAINT