UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Silver Wheaton Corp. Securities Litigation | Case No: 2:15-cv-05146-CAS(PJWx)<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION SETTING SCHEDULE FOR BRIEFING ON MOTION TO DISMISS |

Having reviewed the Stipulation Setting Schedule for (1) Briefing on Motion to Dismiss and (2) Accepting Service of Summons and Complaint, and good cause appearing, the Court hereby enters the following schedule:

1. On or before June 4, 2018, all Defendants shall file their respective responses to the Second Amended Complaint (Docket #256).

2. With respect to Deloitte LLP (Canada)'s anticipated motion to dismiss the Second Amended Complaint: (i) Plaintiffs shall serve and file their opposition papers on or before July 6, 2018; and (ii) Deloitte LLP (Canada) shall serve and file its reply papers on or before August 6, 2018.

3. If Defendants Wheaton Precious Metals Corp., f/k/a Silver Wheaton Corp., Randy Smallwood, Peter Barnes, and Gary Brown (collectively, the "Silver Wheaton Defendants") file a motion to dismiss the Second Amended Complaint, then: (i) Plaintiffs shall serve and file their opposition papers regarding the Silver

Wheaton Defendants' motion to dismiss on or before July 6, 2018; and (ii) the Silver Wheaton Defendants shall serve and file their reply papers on or before August 6, 2018.

    4.    The hearing on the anticipated motion(s) to dismiss shall be set for August 20, 2018.

Dated: April 25, 2018

*/s/ Christina A. Snyder*
THE HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING STIPULATION SETTING SCHEDULE FOR BRIEFING ON MOTION TO DISMISS