1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| IN RE SILVER WHEATON CORP. SECURITIES LITIGATION | Master File No. 2:15-cv-05146-CAS-(PJWx) |
|---|---|
| | **[PROPOSED] ORDER GRANTING DELOITTE LLP'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |

1    The Court, having reviewed and considered all submissions in favor of, and opposed to, Defendant Deloitte LLP's ("Deloitte") Motion to Dismiss the Second Amended Complaint, finds that the Second Amended Complaint (the "Complaint") fails to satisfy the applicable pleading standards under Federal Rules of Civil Procedure 12(b)(6) and 9(b), and the Private Securities Litigation Reform Act of 1995. Accordingly, **IT IS HEREBY ORDERED** that Deloitte's Motion to Dismiss is **GRANTED** in its entirety and with prejudice on the following grounds:

  1.  The Complaint fails to state a claim under Section 10(b) of the Securities Exchange Act of 1934 and SEC Rule 10b-5:

   a.  The Complaint fails to adequately plead any actionable misstatement or omission of material fact made by Deloitte. *E.g.*, *In re Rigel Pharm., Inc. Sec. Litig.*, 697 F.3d 869, 879 (9th Cir. 2012); *Emp. Teamsters Local Nos. 175 & 505 Pension Tr. Fund v. Clorox Co.*, 353 F.3d 1125, 1131-33 (9th Cir. 2004).

   b.  The Complaint fails to adequately plead scienter. *E.g.*, *Tellabs v. Makor Issues & Rights, Ltd.*, 551 U.S. 308, 319, 324 (2007); *In re Silicon Graphics Sec. Litig.*, 183 F.3d 970, 986 (9th Cir. 1999); *Rigel*, 697 F.3d at 884.

   c.  The Complaint fails to adequately plead loss causation. *E.g.*, *Loos v. Immersion Corp.*, 762 F.3d 880, 887 (9th Cir. 2014); *Ore. Pub. Emps. Ret. Fund v. Apollo Grp. Inc.*, 774 F.3d 598, 604-05 (9th Cir. 2014).

**IT IS SO ORDERED.**

Dated: _____

                                             _____
                                             The Honorable Christina A. Snyder
                                             United States District Judge