BARRY M. KAPLAN, *Pro Hac Vice*
Email:  bkaplan@wsgr.com
GREGORY L. WATTS, State Bar No. 197126
Email:  gwatts@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA  98104
Telephone:  (206) 883-2500
Facsimile:   (206) 883-2699

JEROME F. BIRN JR., State Bar No. 128561
Email:  jbirn@wsgr.com
DIANE M. WALTERS, State Bar No. 148136
Email:  dwalters@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

Attorneys for Defendants Silver Wheaton
Corp., Randy V. J. Smallwood, Peter Barnes,
and Gary Brown

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Silver Wheaton Corp. Securities Litigation | )  Master File No. 2:15-cv-05146-CAS (PJWx)<br>)  c/w: 2:15-cv-05173-CAS (PJWx)<br>)<br>)  **[PROPOSED] ORDER GRANTING JOINT**<br>)  **STIPULATION TO SHORTEN TIME AND**<br>)  **SET BRIEFING SCHEDULE RE SILVER**<br>)  **WHEATON DEFENDANTS' MOTION TO**<br>)  **STRIKE EXPERT OPINION OF**<br>)  **WILLIAM I. INNES AND ATTACHED**<br>)  **EXHIBITS**<br>)<br>)<br>)  JUDGE:  Hon. Christina A. Snyder |

The Court, having considered the Joint Stipulation to Shorten Time and Set Briefing Schedule re Silver Wheaton Defendants' Motion to Strike, and all other papers submitted in support thereof, HEREBY ORDERS as follows:

1.     Silver Wheaton Defendants may file the Motion to Strike on or before Thursday, February 7, 2019, inclusive.  The memorandum in support of the Motion to Strike will be no longer than ten pages.

3.     Plaintiffs may file any opposition to the motion no later than seven calendar days after Silver Wheaton Defendants file the Motion to Strike, which opposition will be no longer than ten pages.

4.     Silver Wheaton Defendants may file any reply in support of the Motion to Strike no later than three calendar days after Plaintiffs file any opposition, which reply shall be no longer than five pages.

5.     Consistent with  Rule 6 of the Federal Rules of Civil Procedure, if the opposition or reply deadline as calculated above concludes on a Saturday, Sunday, or legal holiday, the deadline shall be extended until the next day that is not a Saturday, Sunday, or legal holiday.

IT IS SO ORDERED.

Dated:  February 7, 2019

Honorable Christina A. Snyder
United States District Court Judge