Laurence M. Rosen, Esq. (SBN 219683)
THE ROSEN LAW FIRM, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| In re Silver Wheaton Corp. Securities Litigation | Master File No. 2:15-cv-05146-CAS-PJWx<br>c/w 15-cv-5173-CAS(PJWx)<br><br>CLASS ACTION<br><br>**STIPULATION FOR STAY PENDING DOCUMENTATION OF SETTLEMENT** |
|---|---|

WHEREAS, on December 4, 2019, the Parties attended a mediation before the Hon. Layn R. Phillips (ret.) ("Mediation");

WHEREAS, at the Mediation, the Parties reached a proposed class-wide settlement in principle ("Settlement");

WHEREAS, the Parties are in the process of finalizing a Memorandum of Understanding embodying the principal terms of the Settlement;

WHEREAS, the Settlement requires Court approval; and

WHEREAS, the Parties need time to draft a Stipulation of Settlement and exhibits thereto to submit to the Court in connection with a motion for preliminary approval of the Settlement:

IT IS HEREBY STIPULATED, subject to the approval of the Court, by and between the parties, through their undersigned counsel of record as follows:

1. All deadlines in this Action are stayed until January 10, 2020;

2. The deadlines for opposition and reply briefs regarding Plaintiffs' Motion for Partial Judgment on the Pleadings shall be vacated;

3. The hearing date for Plaintiffs' Motion for Partial Judgment on the Pleadings shall be taken off calendar;

4. Plaintiffs shall file their Motion for Preliminary Approval of Settlement on or before January 10, 2020.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | Dated:  December 10, 2019 | **THE ROSEN LAW FIRM, P.A.** |
| 2 | | By: /s/     Laurence M. Rosen |
| 3 | |         Laurence M. Rosen |
| 4 | | |
| 5 | | 355 S. Grand Avenue, Suite 2450 |
| 6 | | Los Angeles, CA  90071 |
|   | | Telephone:   (213) 785-2610 |
| 7 | | Facsimile:    (213) 226-4684 |
|   | | Email: lrosen@rosenlegal.com |
| 8 | | |
| 9 | | Counsel for Plaintiffs and the Class |
| 10 | | |
| 11 | Dated:  December 10, 2019 | Respectfully submitted, |
| 12 | | |
|    | | **WILSON SONSINI GOODRICH & ROSATI** |
| 13 | | Professional Corporation |
| 14 | | |
| 15 | | By: /s/ Jerome F. Birn, Jr. |
|    | |        Jerome F. Birn, Jr. |
| 16 | | |
| 17 | | 650 Page Mill Road |
|    | | Palo Alto, CA  94304-1050 |
| 18 | | Telephone: (650) 493-9300 |
| 19 | | Facsimile:  (650) 565-5100 |
|    | | Email:  jbirn@wsgr.com |
| 20 | | |
| 21 | | **WILSON SONSINI GOODRICH & ROSATI** |
|    | | Professional Corporation |
| 22 | | Barry M. Kaplan |
| 23 | | Gregory L. Watts |
|    | | 701 Fifth Avenue Suite 5100 |
| 24 | | Seattle, WA  98104-7098 |
| 25 | | Telephone: (206) 447-0900 |
|    | | Facsimile:  (206) 883-2699 |
| 26 | | Email: bkaplan@wsgr.com |
| 27 | | Email: gwatts@wsgr.com |
| 28 | | |

| | |
|---|---|
| | Attorneys for the Silver Wheaton Defendants |
| Dated:  December 10, 2019 | **GIBSON, DUNN & CRUTCHER LLP** |
| | By: /s/    Alexander K. Mircheff |
| | Alexander K. Mircheff |
| | Gibson, Dunn & Crutcher LLP |
| | 333 South Grand Avenue |
| | Los Angeles, CA 90071-3197 |
| | Telephone: (213) 229-7000 |
| | Facsimile:  (213) 229-7520 |
| | Email: amircheff@gibsondunn.com |
| | **GIBSON, DUNN & CRUTCHER LLP** |
| | Lee G. Dunst |
| | Benjamin S. Mishkin |
| | Gibson, Dunn & Crutcher LLP |
| | 200 Park Avenue |
| | New York, NY 10166-0193 |
| | Telephone: (212) 351-4000 |
| | Facsimile:  (212) 351-4035 |
| | Email: ldunst@gibsondunn.com |
| | Email: bmishkin@gibsondunn.com |
| | Attorneys for Defendant Deloitte LLP |

| | |
|---|---|
| 1 | ATTESTATION OF CONCURRENCE IN FILING |
| 2 | Pursuant to Local Rule 5-4.3.4 of the United States District Court for the Central District of California, I attest that Counsel for Plaintiffs and the Class, Counsel for Deloitte, and Counsel for Defendants Silver Wheaton, Randy Smallwood, Peter Barnes, and Gary Brown have authorized the filing of this document. |

/s/ Laurence M. Rosen
Laurence M. Rosen

# CERTIFICATE OF SERVICE

I, Laurence Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney at The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On December 10, 2019, I electronically filed the following STIPULATION FOR STAY PENDING DOCUMENTATION OF SETTLEMENT with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

Executed on December 10, 2019

/s/ Laurence M. Rosen
Laurence M. Rosen