UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Silver Wheaton Corp. Securities Litigation | Master File No. 2:15-cv-05146-CAS-PJWx<br>c/w 15-cv-5173-CAS(PJWx)<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR STAY PENDING DOCUMENTATION OF SETTLEMENT** |

The Court having received and reviewed the parties' stipulation filed on December 12, 2019, to stay this Action while the Parties document their proposed class action settlement:

IT IS HEREBY ORDERED THAT:

1. All deadlines in this Action are stayed until January 10, 2020;

2. The deadlines for opposition and reply briefs regarding Plaintiffs' Motion for Partial Judgment on the Pleadings are vacated;

3. The hearing date for Plaintiffs' Motion for Partial Judgment on the Pleadings is taken off calendar;

- 2 -

4.    Plaintiffs shall file their Motion for Preliminary Approval of Settlement on or before January 10, 2020.

Dated: December 12, 2019

*Christina A. Snyder*

THE HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE