1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re Silver Wheaton Corp. Securities Litigation | ) ) ) ) ) ) ) ) ) ) ) ) ) | Master File No. 2:15-cv-05146-CAS (PJWx) c/w: 2:15-cv-05173-CAS (PJWx) <br><br> <u>CLASS ACTION</u> <br><br> **[~~PROPOSED~~] ORDER GRANTING STIPULATION TO EXTEND STAY PENDING DOCUMENTATION OF SETTLEMENT** <br><br> **JUDGE:  Hon. Christina A. Snyder** |

19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1         The Court having received and reviewed the parties' stipulation filed on

2   January 8, 2020 to extend the stay of this Action from January 10, 2020 to January

3   24, 2020, while the Parties document their proposed class action settlement:

4         IT IS HEREBY ORDERED THAT:

5         1.    The stay of all deadlines in this Action is extended until January 24,

6   2020; and

7         2.    Plaintiffs shall file their Motion for Preliminary Approval of Settlement

8   on or before January 24, 2020.

9         IT IS SO ORDERED.

10

11   Dated:  January 9, 2020

12

13                           Honorable Christina A. Snyder

14                           United States District Court Judge