# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Silver Wheaton Corp. Securities Litigation | Master File No. 2:15-cv-05146-CAS (PJWx)<br>c/w: 2:15-cv-05173-CAS (PJWx)<br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND STAY PENDING DOCUMENTATION OF SETTLEMENT**<br><br>**JUDGE:  Hon. Christina A. Snyder** |

The Court having received and reviewed the Parties' stipulation filed on January 22, 2020 to extend the stay of this Action from January 24, 2020 to January 31, 2020, while the Parties document their proposed class action settlement:

IT IS HEREBY ORDERED THAT:

1. The stay of all deadlines in this Action is extended until January 31, 2020; and

2. Plaintiffs shall file their Motion for Preliminary Approval of Settlement on or before January 31, 2020.

IT IS SO ORDERED.

Dated: January 23, 2020

*/s/ Christina A. Snyder*

Honorable Christina A. Snyder
United States District Court Judge