Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiffs/Class Representatives*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Silver Wheaton Corp. Securities Litigation | Master File No: 2:15-cv-05146-CAS-PJWx<br>c/w: 2:15-cv-05173-CAS(PJWx)<br><br>CLASS ACTION<br><br>**NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS, APPROVAL OF PLAN OF ALLOCATION, AND APPROVAL TO PROVIDE NOTICE TO THE CLASS**<br><br>Hon. Christina A. Snyder<br>Courtroom: 8D<br>Hearing Date: March 9, 2020<br>Hearing Time: 10:00 am |

**PLEASE TAKE NOTICE** that on March 9, 2020, at 10:00 a.m., in the courtroom of the Honorable Christina A. Snyder, United States District Judge for the Central District of California, located at the First Street Courthouse, Courtroom 8D, 350 W. First Street, Los Angeles, California, 90012, Plaintiffs will move this Court for entry of an order: (a) preliminarily approving the Settlement; (b) preliminarily

approving the proposed settlement class ("Settlement Class"); (c) approving the form, manner, and content of the notice of the settlement to the Settlement Class; (d) preliminarily approving the plan to allocate the settlement proceeds ("Plan of Allocation"); and (e) setting relevant dates for disseminating notice, for Settlement Class Members to file claims, opt out of, or object to the Settlement, and to set a date for a hearing on final approval of the Settlement.

Defendants do not oppose this motion.

Dated: February 10, 2020                    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: /s/ Laurence M. Rosen
Laurence M. Rosen (SBN 219683)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiffs/Class Representatives*

# CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am an attorney with The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA, 90071. I am over the age of eighteen.

On February 10, 2020, I electronically filed the foregoing **NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS, APPROVAL OF PLAN OF ALLOCATION, AND APPROVAL TO PROVIDE NOTICE TO THE CLASS** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

Executed on February 10, 2020.

/s/ Laurence M. Rosen
Laurence M. Rosen