Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiffs/Class Representatives*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Silver Wheaton Corp. Securities Litigation | Master File No: 2:15-cv-05146-CAS-PJWx<br>c/w: 2:15-cv-05173-CAS(PJWx)<br><br>CLASS ACTION<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT, FINAL CERTIFICATION OF SETTLEMENT CLASS, AND FINAL APPROVAL OF PLAN OF ALLOCATION**<br>Hon. Christina A. Snyder<br>Courtroom: 8D<br>Hearing Date: August 3, 2020<br>Hearing Time: 10:00 am |

**PLEASE TAKE NOTICE** that on August 3, 2020, at 10:00 a.m., in the courtroom of the Honorable Christina A. Snyder, United States District Judge for the Central District of California, located at the First Street Courthouse, Courtroom 8D, 350 W. First Street, Los Angeles, California, 90012, or telephonically or by videoconference, Plaintiffs will move this Court for entry of an order: (a) finally approving the Settlement; (b) finally certifying the proposed settlement class ("Settlement Class"); (c) approving the plan to allocate the settlement proceeds ("Plan of Allocation"); and (d) approving the form, manner, and content of the notice

1  of the settlement that was delivered to the Settlement Class.

2      Defendants do not oppose this motion.

Dated: July 6, 2020                         Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: /s/ Laurence M. Rosen
Laurence M. Rosen (SBN 219683)
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Phillip Kim (*pro hac vice*)
Jonathan Horne (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com
        jhorne@rosenlegal.com

Gonen Haklay (*pro hac vice*)
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone: (215) 600-2817
Facsimile: (212) 202-3827
Email: ghaklay@rosenlegal.com

*Counsel for Plaintiffs/Class Representatives*

# **CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am an attorney with The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA, 90071. I am over the age of eighteen.

On July 6, 2020, I caused the foregoing **PLAINTIFFS' NOTICE OF MOTION AND FOR FINAL APPROVAL OF SETTLEMENT, FINAL CERTIFICATION OF SETTLEMENT CLASS, AND FINAL APPROVAL OF PLAN OF ALLOCATION** to be filed electronically with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

Executed on July 6, 2020.

/s/ Laurence M. Rosen
Laurence M. Rosen