Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiffs/Class Representatives*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Silver Wheaton Corp. Securities Litigation | Master File No: 2:15-cv-05146-CAS-PJWx<br>c/w: 2:15-cv-05173-CAS(PJWx)<br><br>CLASS ACTION<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARDS TO PLAINTIFFS**<br>Hon. Christina A. Snyder<br>Courtroom: 8D<br>Hearing Date: August 3, 2020<br>Hearing Time: 10:00 am |

**PLEASE TAKE NOTICE** that on August 3, 2020, at 10:00 a.m., in the courtroom of the Honorable Christina A. Snyder, United States District Judge for the Central District of California, located at the First Street Courthouse, Courtroom 8D, 350 W. First Street, Los Angeles, California, 90012, or telephonically or by videoconference, Plaintiffs will move this Court for entry of an order: (a) awarding attorneys' fees of 31.5% of the Settlement, or $13,072,500; (b) awarding expense reimbursement of $1,090,186.76; and (c) awarding Plaintiffs $12,500 each.

Defendants do not oppose this motion.

| | | |
|---|---|---|
| 1 | Dated: July 6, 2020 | Respectfully submitted, |
| 2 | | |
| 3 | | **THE ROSEN LAW FIRM, P.A.** |
| 4 | | By: /s/ Laurence M. Rosen |
| 5 | | Laurence M. Rosen (SBN 219683) |
| | | 355 S. Grand Avenue, Suite 2450 |
| 6 | | Los Angeles, CA 90071 |
| 7 | | Telephone: (213) 785-2610 |
| | | Facsimile: (213) 226-4684 |
| 8 | | Email: lrosen@rosenlegal.com |
| 9 | | |
| 10 | | Phillip Kim (*pro hac vice*) |
| | | Jonathan Horne (*pro hac vice*) |
| 11 | | 275 Madison Avenue, 40th Floor |
| 12 | | New York, NY 10016 |
| | | Telephone: (212) 686-1060 |
| 13 | | Facsimile: (212) 202-3827 |
| 14 | | Email: pkim@rosenlegal.com |
| | | jhorne@rosenlegal.com |
| 15 | | |
| 16 | | Gonen Haklay (*pro hac vice*) |
| | | 101 Greenwood Avenue, Suite 440 |
| 17 | | Jenkintown, PA 19046 |
| 18 | | Telephone: (215) 600-2817 |
| | | Facsimile: (212) 202-3827 |
| 19 | | Email: ghaklay@rosenlegal.com |
| 20 | | |
| | | *Counsel for Plaintiffs/Class* |
| 21 | | *Representatives* |

# **CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am an attorney with The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA, 90071. I am over the age of eighteen.

On July 6, 2020, I caused the foregoing **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARDS TO PLAINTIFFS** to be filed electronically with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to counsel of record.

Executed on July 6, 2020.

/s/ Laurence M. Rosen
Laurence M. Rosen