UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Silver Wheaton Corp. Securities Litigation | Master File No: 2:15-cv-05146-CAS-PJWx<br>c/w: 2:15-cv-05173-CAS(PJWx) |

**SUPPLEMENTAL DECLARATION OF PAUL MULHOLLAND CONCERNING AN OBJECTION WITHDRAW**

I, Paul Mulholland, declare as follows:

1. I am the President of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over twenty-eight years of experience specializing in the administration of class action cases. SCS was established in April 1999 and has administered over four hundred twenty-five (425) class action cases since its inception. I am over 21 years of age and am not a party to this action. I have personal knowledge of the facts set forth herein.

**UPDATE ON OBJECTION**

2. Class Member/objector, Thomas Higgs, has withdrawn his objection. Mr. Higgs's email requesting withdrawal is attached as **Exhibit A** to this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 31st day of July 2020 in Media, Pennsylvania.

_Paul Mulholland_
Paul Mulholland

1

EXHIBIT A

# Josephine Bravata

**From:** Tom Higgs
**Sent:** Friday, July 31, 2020 9:51 AM
**To:** Josephine Bravata
**Subject:** Re: Silver Wheaton Corp Securities Litigation

To whom it may concern,

Based on the clarification of recognized claim calculations and the information I have received regarding the Silver Wheaton Corp Securities Litigation, I, Thomas Higgs, withdraw my objection to the settlement and terms of the agreement. I apologize for any disruptions I have caused and appreciate those involved assisting me in further understanding the terms of the litigation.

Thank you,

Thomas Higgs



On Mon, Jul 27, 2020 at 9:22 AM Josephine Bravata <jbravata@strategicclaims.net> wrote:

I left a voicemail for you concerning the objection letter and claims filed for the above referenced case.

We have determined that you have recognized claims on the two accounts. For account ending in 9181, your recognized claim amount is $10,829.17 and for account ending in 9184, your recognized claim amount is $507.50.

Based on the information above, please advise if you will withdraw your objection.

Regards,

1

Josephine Bravata

Quality Assurance Manager

Strategic Claims Services

600 N. Jackson Street, Suite 205

Media, PA 19063

Phone: (610) 565-9202 ext. 1002

Direct: (610) 298-1030

Fax: (610) 565-7985

*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it.  Thank you.*